UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ZENITH FREEDMAN

                                                           CASE NO. C06-cv-2916-CRB

                 Plaintiff(s),

           v.                                    STIPULATION AND [~~PROPOSED~~]
SHERIFF'S OFFICER TONG, GENE          ORDER SELECTING ADR PROCESS
MARIE O'CONNELL, DOES 1-99 etal

               Defendant(s).

_____/

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
    ✓    Non-binding Arbitration (ADR L.R. 4)
    ✓    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR (*please identify process and provider*)  _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    ✓    other requested deadline  NOVEMBER 17, 2006_____

Dated: October 2, 2006                                    RICHARD P. KOCH_____
                                                                       Attorney for Plaintiff

Dated:_____

                                                                       Attorney for Defendant

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   November 17, 2006

IT IS SO ORDERED.

Dated:   October 4, 2006



_____
 Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE