1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH FREEDMAN,           )<br>                            )<br>        Plaintiff(s),       )<br>                            )<br>    v.                      )<br>                            )<br> SHERIFF'S OFFICER TONG, et )<br> al.,                       )<br>                            )<br>        Defendant(s).       )<br>_____) | No. C06-2916 CRB (BZ)<br><br>**ORDER COMPELLING DISCOVERY** |

    Following a telephone conference at which all parties were represented by counsel, the court finds no need for further briefing or argument on the current discovery disputes and is ready to rule. **IT IS ORDERED** as follows:

    1.  Plaintiff **must** complete her voluntary disclosures by **November 8, 2006.**

    2.  Plaintiff **must** fully respond to all outstanding discovery requests by **November 22, 2006.**

    3.  If plaintiff wishes to represent herself, she must file a substitution of counsel by **November 8, 2006.**

1

4.  If plaintiff does not cooperate with Mr. Koch in providing discovery, and is unwilling to file a substitution of counsel as ordered, Mr. Koch shall file a motion to withdraw by **November 8, 2006**.

Dated:   October 25, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\FREEDMAN\DISC2.ORDER.wpd

2