IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH FREEDMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERIFF'S OFFICER TONG, et al.,<br><br>    Defendants._____/ | No. C 06-02916 CRB<br><br>**ORDER** |

The Court hereby GRANTS Plaintiff's motion requesting additional time for the production of documents. Plaintiff is hereby ORDERED to comply with her discovery obligations related to Defendant Tong's First and Second Set of Requests for Production of Documents not later than Monday, January 15, 2006. This extension will accomodate Plaintiff regarding the inconvenience of her relocation without prejudice to the government's preparation for its medical and psychological evaluations of Plaintiff.

**IT IS SO ORDERED.**

Dated: December 14, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2916\order1.wpd